UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JACKIE DUPONT, ET AL　　　　　　　　　CIVIL ACTION NO. 16-cv-0337

VERSUS　　　　　　　　　　　　　　　　JUDGE HICKS

COMCAST OF LOUISIANA/MISSISSIPPI/　　MAGISTRATE JUDGE HORNSBY
TEXAS, LLC

**MEMORANDUM ORDER**

Plaintiffs filed suit in state court based on an allegation that Daniel Dupont was severely injured when his boat, while traveling on Cross Bayou, struck a low hanging cable line owned by Comcast of Louisiana/Mississippi/Texas, LLC. Comcast removed the case based on an assertion of diversity jurisdiction. It alleges in its notice of removal that Plaintiffs are citizens of Louisiana and that Comcast "is a citizen of Delaware and Pennsylvania." It does not explain the basis for the description of its citizenship.

The citizenship of an LLC is determined by the citizenship of all of its members, with its state of organization or principal place of business being irrelevant. Harvey v. Grey Wolf Drilling Co., 542 F.3d 1077 (5th Cir. 2008). If the members are themselves partnerships, LLCs, corporations or other form of entity, their citizenship must be alleged in accordance with the rules applicable to that entity, and the citizenship must be traced through however many layers of members or partners there may be. Feaster v. Grey Wolf Drilling Co., 2007 WL 3146363 (W.D. La. 2007). The court has explained the need for such detail in cases such as Burford v. State Line Gathering System, LLC, 2009 WL 2487988 (W.D. La. 2009)

and <u>Adams v. Wal-Mart Stores, Inc.</u>, 2014 WL 2949404 (W.D. La. 2014).  Comcast will be allowed until **April 1, 2016** to file an amended notice of removal and provide the necessary information about its own citizenship.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 15th day of March, 2016.

_____
Mark L. Hornsby
U.S. Magistrate Judge